UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYDREE JAMES CHILDREN OF THE SUN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | CASE NO. 3:26-CV-5942-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 19, 2026 |

The District Court has referred this action to United States Magistrate Judge David W. Christel. Plaintiff Tydree James Children of the Sun, proceeding *pro se*, filed a proposed complaint on August 19, 2026. Dkt. 1. On August 20, 2026, the Clerk of Court sent Plaintiff a letter directing him to submit a correct IFP form. Dkt. 2. The Clerk warned Plaintiff that if he did not provide the requested IFP application or filing fee by September 21, 2026, this action could be subject to dismissal. *Id*.

Plaintiff has not filed the correct application to proceed IFP, nor paid the filing fee. Plaintiff has not responded to the Clerk's letter nor taken any action in this case since he initiated the case. Therefore, the Court recommends this case be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 19, 2026**.

Dated this 28th day of September, 2026.

David W. Christel
United States Magistrate Judge